Núm. 8504.—Sucn. Martínez, Etc., apltes. *v.* Aguirre & Thillet, aplda.—C. D. San Juan. Marzo 19, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, el 26 de junio de 1941 se notificó a los demandantes la sentencia que desestimó la demanda en este caso, habiendo establecido recurso de apelación para ante este Tribunal el 29 de julio siguiente;

Por cuanto, desde dicha fecha los demandantes apelantes no han hecho gestión alguna para perfeccionar su recurso;

Por cuanto, el 20 del mes pasado la demandada apelada solicitó la desestimación del recurso por los motivos antes expuestos, habiendo notificado su moción a los demandantes apelantes, quienes también fueron notificados del señalamiento para la vista de dicha moción para el día 16 del actual, fecha en que se celebró sin asistencia de los demandantes apelantes;

Por tanto, vistos los autos de este caso y el artículo 59 del Reglamento de este Tribunal, se desestima por abandono el recurso.

El Juez Asociado Sr. Travieso no intervino.